■ In the Matter of AARON PLEIN, v. SAUL G. TOBIN, as Trustee in Bankruptcy of A. Plein & Co., Inc.— Motion for an order directing petitioner-appellant to give security for costs granted and the petitioner-appellant is directed to file an undertaking in the sum of $250 within five days after service

of a copy of the order herein, with notice of entry. Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.